

**UNITED STATES BANKRUPTCY COURT**       **SOUTHERN DISTRICT OF TEXAS**

ENTERED
10/03/2016

IN RE:

**Joaquin & Mauricia Barrera**

(Debtor),

**BANKRUPTCY CASE NUMBER**
**11-70329-M-13**

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Lacks Valley Stores, in the amount of $1,173.74, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 08/01/2016 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Lack's Valley Stores, Ltd. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $1,173.74 to Lack's Valley Stores, Ltd. at the following address:

> Lack's Valley Stores, Ltd.
> C/o Dilks & Knopik, LLC
> 35308 SE Center St,
> Snoqualmie, WA  98065

Signed: October 3, 2016

Eduardo V. Rodriguez
United States Bankruptcy Judge

Unclaimed.fds
06/23/98